Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | | |
|---|---|---|
| In Re: | Doe v. Weamer | Case No.: 26–04001 WJL 0 |
| | | Chapter: 0 |
| | Debtor(s) | |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 01/22/2026. Therefore, it is ordered that this case be **dismissed**.

☐ Order to File Required Documents and Notice of Automatic Dismissal

☑ Order and Notice Regarding Failure to Pay Filing Fee

☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors

☐ Order Granting the Application to Pay Filing Fee in Installments

☐ Other:

Dated: 2/10/26

By the Court:

William J. Lafferty
United States Bankruptcy Judge