Entered on Docket
February 12, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the Court.
Signed: February 12, 2026**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Jane Doe,

    Plaintiff.

v.

Edward George Weamer

    Defendant.

Adversary Proceeding No. 26-04001 WJL

Bankruptcy Case No. 25-42104 WJL
Chapter 7

**ORDER DISMISSING ADVERSARY PROCEEDING**

    Debtor Edward George Weamer ("Debtor") filed his Chapter 7 voluntary petition on November 6, 2025 [Case No. 25-42104, Dkt. #1]. On December 29, 2025, Plaintiff Jane Doe ("Plaintiff") initiated an adversary proceeding against the Debtor [Dkt. #1].

    On January 7, 2026, Plaintiff filed a Motion to Waive Adversary Proceeding Filing Fee (the "Motion"), seeking a waiver of the filing fee for the adversary proceeding under 28 U.S.C. Section 1930(f) [Dkt. #3]. The Court denied the Motion because it lacked the ability to waive the fees required to file an adversary proceeding [Dkt. #10]. On January 22, 2026, the Court issued an Order and Notice Re: Failure to Pay Filing Fee, requiring that the Plaintiff pay the filing fee within 14 days or risk dismissal of the adversary proceeding.

The Court notes that the deadline has passed, and the filing fee has not been paid. Accordingly, the Court HEREBY DISMISSES the adversary proceeding.

**\*\*\*END OF ORDER\*\*\***

# COURT SERVICE LIST

**Jane Doe**

11151 Valley Blvd. #4886

El Monte, CA 91734